

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOWCLERK'S OFFICE
CLERK OF COURT202-275-8000

March 28, 2024

**NOTICE OF REVISED CAPTION**

Re: In re: Blue Buffalo Enterprises, Inc., Appeal No. 2024-1611

The court's official caption has been revised to correct the proper Appellant.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**In re: BLUE BUFFALO ENTERPRISES, INC.,**
*Appellant*

## Short Caption

In re: Blue Buffalo Enterprises, Inc.