# United States Court of Appeals for the Federal Circuit

---

**IN RE: BLUE BUFFALO ENTERPRISES, INC.,**
*Appellant*

---

2024-1611

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 17 /136,152.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 14, 2026
Date

Jarrett B. Perlow
Clerk of Court